UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY NATION,

    Plaintiff,

                                 CIVIL NO. 18-14021
    V.                        HON. LAURIE J. MICHELSON

ATLAS TECHNOLOGIES, LLC,
et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

Pursuant to the Stipulation of the parties filed on September 23, 2019 (Dkt. 18),

IT IS HEREBY ORDERED that the above-captioned matter is DISMISSED with prejudice.

                                         s/Laurie J. Michelson
                                         LAURIE J. MICHELSON
                                         UNITED STATES DISTRICT JUDGE

Dated: September 27, 2019

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on September 27, 2019.

                                         s/Erica Karhoff
                                         Case Manager to
                                         Honorable Laurie J. Michelson